# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02004-PAB

Naomi and Mark Chagnon,

    Plaintiffs,

v.

Perfection Collection, LLC,

    Defendant.

---

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

---

Naomi and Mark Chagnon ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the Complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Dated: March 29, 2016

                Respectfully submitted,

                By   */s/ Jenny DeFrancisco*

                Jenny DeFrancisco, Esq.
                LEMBERG LAW, L.L.C.
                43 Danbury Road
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2016, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By */s/ Jenny DeFrancisco*_____
                                                 Jenny DeFrancisco, Esq.